FILED
06 DEC 20 AM 9:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership,<br><br>            Plaintiff,<br><br>      vs.<br><br>SHAWN HOGAN,<br><br>            Defendant. | Case No. 06 CV 0545   W WMc<br><br>[PROPOSED] ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On October 11, 2006, the Court convened a telephonic conference to discuss the protocol and search parameters governing the Plaintiff's inspection of the Defendant's hard drive pursuant to a pending inspection demand, as well as the future treatment of any mirror images created during the inspection of the Defendant's hard drive. Karen Thorland, Esq. appeared for Plaintiff. Seyamack Kouretchian appeared for Defendant. Good cause appearing,

**IT IS HEREBY ORDERED:**

1) The Defendant shall make his computers available for the Plaintiff's expert to generate mirror images of the Defendant's computer hard drives. The mirror images shall be subject to the existing Protective Order and the stipulated search parameters and protocols set forth on Exhibit "A"

-1-

hereto, which is hereby incorporated herein in full and also made an order of this court.

Dated: 12/19/06

William McCurine, Jr.
United States Magistrate Judge

## EXHIBIT "A"

## SEARCH PARAMETERS AND PROTOCOL

The hard drive images will be searched based upon search parameters described below. All searches will be done using commonly available search practices to account for common misspellings of search terms, the singular or plural of search terms, abbreviations of search terms and derivatives of search terms. Tools used for the examination may include, but are not limited to, Guidance Software Forensic Edition, AccessData Forensic ToolKit, Paraben's e-mail examiner, Digital Detective's Netanalysis, AccessData Registry Viewer, X-Waus Software Technology AG WinHex Computer Forensic and Data Recovery Software and Data Lifter File Extractor Pro.

Universal's consultants will **ONLY** search the imaged drives off-site for the following:

    a. The Downloaded Files[1] saved on the computer anywhere in active files or in unallocated space and/or evidence that such files were deleted.

    b. File sharing software, including, but not limited to, BitTorrent/3.4.2, BitTorrent/4.0.1, or other BitTorrent software, saved on the computer anywhere in active files or in unallocated space and/or evidence that such software was deleted.

    c. Other motion picture files saved on the computer anywhere in active files or in unallocated space and/or evidence that such files were deleted.

    d. .torrent files saved on the computer in active files or in unallocated space and/or evidence that such files were deleted.

    e. The keywords "lerpboy" or "elitetorrents" (including in Internet history and unallocated space), the context in which those words occur and/or evidence that files containing those keywords were deleted.

    f. The e-mail address shawn@wavelines.com (including in Internet history and unallocated space), the context in which that address occurs and/or evidence that files referring to that e-mail address were deleted.

    g. The user Id number "91191" in active files or unallocated space, the context in which that number occurs and/or evidence that files containing that number were deleted.

    h. Evidence that any of the computers imaged were reformatted after September 26, 2005.

    i. Evidence that a file wiping program was used, that computer files were "zeroed out," that the drives were replaced or that the above-referenced files were otherwise erased after September 26, 2005.

---

[1] The Downloaded Files refer to all files associated with the torrents identified on Schedule A.

j. Evidence of use of other internal or external hard drives that have not been provided to Universal.

k. Evidence of other computers that were not provided to Universal, e.g., evidence that the computers copied were networked to any other computer.

l. Internet search histories related to searches for Elitetorrents, P2P systems, recent films, and/or IRC chat rooms.

m. Instant messages, emails, or websites relating to P2P file sharing and the dates of those references.

n. Evidence that privacy-erase software was used (i.e. are the following empty: cookies, browser history, cache, location bar/visited URLs, typed URLs, locked index dat files, autocomplete forms data, autocomplete passwords, downloaded program file directory, recent document list, run history, windows open/save history, and/or recycle bin).

o. Evidence that back-up software was used.

p. Evidence of a WIFI network used with any of the computers and whether the WIFI link was encrypted.

p. Evidence of an activated firewall.

Data located based on any of the above searches will be produced in their native format. Uncommon file formats will be converted to standardized formats such as pdf (Portable Document Format), HTML format or to a text file. Contents will not be modified during this conversion process. File fragments will be produced in a method that will show 80 characters on either side of the search hit. Email communications will be converted to HTML format.

### Limitations on the Inspection

Universal's consultants will NOT search for categories of information other than those expressly identified above. However, if Universal's consultants do encounter any of the information listed below during their search, review or analysis of the copied drives and that information does not relate to one or more of the categories for inspection set forth above, the consultants will disregard the information and will not produce, reproduce, copy, analyze, convert, excerpt, summarize, report on or further review such information:

a. Attorney-client privileged documents[2], including, but not limited to, those documents created by, modified by, send by, and/or received from Coast Law Group,

---

[2] Counsel for Hogan will provide Universal's counsel with a list of the names of all Hogan's attorneys.

Page 2 of 5

LLP, Sara Bright, Heather Hoogendam, Heather Weiermann, Seyamack Kouretchian, Robert Berkowitz, and Rachel Lipsky.

    b. Source code or software other than file-sharing software.

    c. Documentation related to Hogan's business ventures and trade secrets, including information concerning Hogan's customer lists, business methodologies, and/or operations, search engine marketing and/or optimization knowledge and techniques, to the extent that such information do not pertain to file-sharing.

    d. Personal data such as Hogan's social security number, passport number, drivers license number, etc.

    e. Financial or banking information.

    f. Emails between Hogan and his friends, family or business colleagues that do not pertain to Elitetorrents or other file-sharing software, networks or activities.

    g. Information concerning websites visited by Hogan other than those associated with Elite torrents, other file-sharing websites or IRC chat rooms.

    h. Information concerning Hogan's lifestyle other than as it pertains to file-sharing or motion pictures.

### Absence of Waiver

To the extent that Universal's consultants have direct or indirect access to information protected by the attorney-client privilege, such "disclosure" will not be deemed or result in a waiver of the attorney-client privilege and Universal will not assert in the above-referenced litigation that any such disclosure to their consultants constitutes any waiver by Hogan of any attorney-client privilege.

### Disposition of the Copies of the Computer Hard Drives

Within 30 days after final termination of this case either by consensual dismissal with prejudice, after final appellate review has been obtained, or after the time for appeal has lapsed without the filing of an appeal by either of the parties, copies of the drives made pursuant to the Inspection Demand, whether or not designated as confidential information pursuant to any existing protective order, shall be returned to counsel for Hogan. Notwithstanding the above, Universal's counsel and its consultants may retain, subject to the Protective Order and the protocols and procedures set forth herein, copies of any expert reports, notes, summaries, excerpts or demonstratives related to the copied drives, provided that the information reflected therein was obtained pursuant to the procedures set forth above.

Schedule A

Alfie.2004.PROPER.DVDRiP.XViD-HLS
Anchorman.DVDRiP.SVCD-SCREAM
Area_51-USA-PS2DVD-DAGGER
Bridget.Jones.The.Edge.Of.Reason.DvDRiP.XvID-LRC
Brothers.In.Arms.XBOX-WAM
Cellular.DVDRiP.XViD-KJS
Christmas.With.The.Kranks.DVDRiP.XViD-HLS
Constantine USA XBOXDVD-CDZ
Dodgeball.DVDRiP.XViD-BRUTUS
Doom_3_USA_XBOX-SQUARE
Fat.Actress.S01E01.PDTV.XviD-PyRo
Fat.Actress.S01E02.Charlies.Angels.HDTV.XviD-FQM
Fat.Actress.S01E03.PDTV.XviD-PyRo
Finding.Neverland.DVDSCR.XviD-BRUTUS
Flight.Of.The.Phoenix.DVDRiP.XViD-KJS
Garden.State.2004.DVDRiP.XviD-ALLiANCE
Hotel.Rwanda.LiMiTED.DVDSCR.XViD-HLS
I.Heart.Huckabees.DVDRiP.XViD-KJS
Isabella (c) FTV-Girls
Jade_Empire_Limited_Edition_DVD5_USA_XBOXDVD-ConFuSiON
Jenna.Loves.Threesomes.XXX.DVDRip.XviD-Pr0nStarS
Meet.The.Fockers.DVDRip.XViD-DMT
Midnight_Club_3_DUB_Edition_USA_XBOX
MX_vs_ATV_Unleashed_USA_XBOX-JEI
Napoleon.Dynamite.DVDRiP.XViD-KJS
Narc_USA_XBOX
National.Lampoons.Gold.Diggers.DVDRiP.XviD-HLS
Psychonauts-USA-XBOXDVD-DAGGER
Shark.Tale.2004.FS.DVDRiP.XViD-LiQUOR
Sideways DVDSCR XViD-HLS
Sky.Captain.and.The.World.of.Tomorrow.DVDRiP.XViD-KJS
Son.Of.The.Mask.DVDRiP.XViD-HLS
Spanglish.DVDSCR.REPACK.XViD-KJS
Star Wars Republic Commando USA XBOX
Suspect.Zero.DVDRip.XViD-ALLiANCE
Team.America.World.Police.SCREENER-Wastedtime
Terminal.2004.WS.dvd-rip.DivX.Affliction
The.Aviator.REAL.PROPER.DVDSCR.XviD-BMF
The.Contender.S01E07.PDTV.XviD-TCM
The.Contender.S01E08.PDTV.XviD-LOL
The.Contender.S01E11.PDTV.XviD-aAF
The.Contender.S01E11.RARFIX
The.Notebook.DVDRip.XviD-DiAMOND

The.Phantom.of.the.Opera.WS.DVDSCR.XviD-MoF
The.Stepford.Wives.Rerip.DVDRip.XviD-DVL
The.Village.DVDRiP.XviD-BRUTUS
TimeSplitters.Future.Perfect.XBOX-WAM
Vera.Drake.2004.LiMiTED.DVDRip.XviD-FTS
Victoria's Wet Secrets
Without.A.Paddle.DVDRip.XviD-DVL
Worms 3D USA XBOX-JEI