1  G. PATRICK CONNORS III (State Bar No. 137967)
   HAHN & ADEMA
2  501 West Broadway, Suite 1730
   San Diego, California 92101
3  Telephone:   619-235-2100
   Facsimile:   619-235-2101
4  E-Mail:      pconnors@hahnadema.com

5  KAREN R. THORLAND (State Bar No. 172092)
   LOEB & LOEB LLP
6  10100 Santa Monica Boulevard, Suite 2200
   Los Angeles, California 90067-4164
7  Telephone:   310-282-2000
   Facsimile:   310-282-2200
8  E-Mail:      kthorland@loeb.com

9  Attorneys for Plaintiff
   UNIVERSAL CITY STUDIOS PRODUCTIONS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership, | ) Case No. 06-CV-545 W (WMc) |
|---|---|
| Plaintiff, | ) STIPULATION OF VOLUNTARY DISMISSAL |
| vs. | ) |
| SHAWN HOGAN, | ) |
| Defendant. | ) |

It is hereby stipulated by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own costs and attorneys' fees.

**[Signatures on Following Page]**

| | |
|---|---|
| 1  Dated: 8-2-07 | HAHN & ADEMA<br>G. PATRICK CONNORS III |
| | LOEB & LOEB LLP<br>KAREN R. THORLAND |
| | By: _[signature]_<br>    G. PATRICK CONNORS III<br>    Attorneys for Plaintiff<br>    UNIVERSAL CITY STUDIOS<br>    PRODUCTIONS |
| 8  Dated: 7/31/07 | COAST LAW GROUP LLP<br>SEYAMACK KOURETCHIAN<br>ROBERT BERKOWITZ<br>RACHEL LIPSKY |
| | By: _[signature]_<br>    SEYAMACK KOURETCHIAN<br>    Attorneys for Defendant<br>    SHAWN HOGAN |

Universal City Studios v. Hogan
Case No. 06-CV-0545 W (WMC)

# PROOF OF SERVICE

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is Hahn & Adema, 501 West Broadway, Suite 1600, San Diego, California 92101-8474.

On August 3, 2007, I served the within documents:

1. **STIPULATION OF VOLUNTARY DISMISSAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. The outgoing facsimile machine telephone number in this office is (619) 235-2101. The transmission was reported as complete and without error. A copy of the record of the fax transmission is attached

X by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by EFC, by causing a true and correct copy hereof to be transmitted to the parties listed above via the CASD ECF system as registered recipients.

by transmitting the document(s) listed above via electronic transmission to the addressee(s) as set forth below from electronic notification address sfrost@hahnadema.com. The transmission was reported completed without error.

Seyamack Kouretchian, Esq.
Coastal Law Group
169 Saxony Road, Suite 204
Encinitas, CA 92024
seyamack@coastlawgroup.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on August 3, 2007, at San Diego, California.

(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X (Federal) I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.

_Susan Frost_
Susan Frost